UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-20744-UU

LAURA WIJESINHA, *individually and
on behalf of all others similarly situated,*

      Plaintiff,

v.

SOUTH FLORIDA MGS, LLC,

      Defendant.

_____/

**ORDER**

THIS CAUSE came before the Court upon Plaintiff's Notice of Voluntary Dismissal Without Prejudice. D.E. 23.

THE COURT has reviewed the Notice, the pertinent portions of the record, and is otherwise fully advised in the premises. On June 9, 2019, Plaintiff filed the Notice of Voluntary Dismissal informing the Court that it dismissed this action against Defendant pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). *Id.* Accordingly, it is hereby

ORDERED AND ADJUDGED that all claims in this action are DISMISSED WITHOUT PREJUDICE. It is further

ORDERED AND ADJUDGED that the Clerk of Court SHALL administratively close this case. All future hearings are CANCELLED and all pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this _10th_ day of June, 2019.

                                                                  */s/ Ursula Ungaro*
                                                                UNITED STATES DISTRICT JUDGE

cc: all counsel of record via cm/ecf